IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

PHILLIP NATHAN KERCH,                    *

    Plaintiff,                           *

vs.                                      *                CASE NO. 4:22-cv-82 (CDL)

WARDEN JONES, *et al.*,                  *

    Defendants.                          *

_____

O R D E R

    This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on August 24, 2022. There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error. Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court. The claims against Unit Manager Stubbs and Warden Berry are dismissed without prejudice. The claims against Warden Jones, Deputy Warden Burke, and Deputy Warden Martin remain pending for further factual development.

    IT IS SO ORDERED, this 18th day of October, 2022.

S/Clay D. Land
_____
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA